1 [~~PROPOSED~~] ORDER

2   Pursuant to stipulation, it is hereby ordered that the above-entitled action,
3 including the counterclaims, is dismissed with prejudice.
4   Pursuant to stipulation, it is so ordered.
5   Dated: __10/18/06__

7
8                                           */s/ Wayne D. Brazil*
                                          _____
9                                              Wayne D. Brazil
                                          United States Magistrate Judge