```
 1  D. SCOTT CHANG # 146403
    RELMAN & ASSOCIATES
 2  1225 19TH Street NW
    Suite 600
 3  Washington DC 20036-2456
    Telephone: (202) 728-1888
 4  Facsimile: (202) 728-0848
    schang@relmanlaw.com
 5
    Attorney for Plaintiffs
 6  Judith E. Woodrow, Zev Woodrow and Michael Hord

 7
    VINCENT J. DeMARTINI, SB # 70621
 8  DeMARTINI & WALKER LLP
    175 North Redwood Drive, Suite 250
 9  San Rafael, CA 94903
    Telephone: (415) 472-7880
10  Facsimile: (415) 472-7950
    vincedw@sbcglobal.net
11
    Attorneys for SATAKE FAMILY TRUST, DEN SATAKE, Individually and as
12  Trustee of the SATAKE FAMILY TRUST, PATRICIA SATAKE, Individually
    and as Trustee of the SATAKE FAMILY TRUST
13
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH E. WOODROW; ZEV WOODROW, by his guardian ad litem, JUDITH E. WOODROW; and MICHAEL HORD<br><br>    Plaintiffs,<br>vs.<br><br>SATAKE FAMILY TRUST; DEN SATAKE, individually and as trustee of the SATAKE FAMILY TRUST; PATRICIA SATAKE, individually and as trustee of the SATAKE FAMILY TRUST<br><br>    Defendants | Case No. C-06-2155-WDB<br><br>STIPULATION OF DISMISSAL; [PROPOSED] ORDER |

1       Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties
2  by their respective counsel of record, hereby stipulate that the above-entitled action,
3  including the counterclaims, is dismissed with prejudice.
4       Dated: October 7, 2006.
5
6                                    By _____
7                                       D. Scott Chang
                                        RELMAN & ASSOCIATES
                                        1225 19TH Street NW
8                                       Suite 600
                                        Washington DC 20036
9                                       (202) 728-1888
10                                   Attorneys for Plaintiffs
11
12      Dated: October 17, 2006.
13
                                     By _____
14                                      VINCENT J. DeMARTINI
                                        DeMARTINI & WALKER LLP
15                                      175 North Redwood Drive, Suite 250
                                        San Rafael, CA 94903
16                                   Attorneys for Defendants
17
18
19
20
21
22
23
24
25
26
27
28

1  [~~PROPOSED~~] ORDER

2   Pursuant to stipulation, it is hereby ordered that the above-entitled action,
3 including the counterclaims, is dismissed with prejudice.
4   Pursuant to stipulation, it is so ordered.
5   Dated: __10/18/06_____

7
8                  /s/ Wayne D. Brazil
                 _____
9                    Wayne D. Brazil
                 United States Magistrate Judge